UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLENNIUM TGA INC.,<br>770 Kapiolani Blvd, Suite 514,<br>Honolulu, HI 96813<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 – 939,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 11:CV2167-RLW<br>)<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF DISMISSAL OF CASE

Plaintiff, Milleniium TGA Inc., pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1) and other governing law, hereby dismisses all claims in the Complaint in this action, without prejudice, with respect to all IP addresses listed in Exhibit A in the Complaint. No defendants have filed an answer to the Complaint or a motion for summary judgment with respect to the Complaint and Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Millennium TGA Inc.

DATED: December 16, 2011

By: ___/s/ Paul A. Duffy___
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*